No. 12–5445. GRIFFIN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 12–5446. VENTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5448. BAJANAAR v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 12–5449. BETTENCOURT v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 12–5450. WRIGHT v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5451. WHITTINGTON v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 12–5452. ROLLINS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 12–5455. HALL v. JONES ET AL. C. A. 8th Cir. Certiorari denied. 

No. 12–5456. HAMPTON v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5457. CORELLEONE v. COVINA POLICE DEPARTMENT. C. A. 9th Cir. Certiorari denied. 

No. 12–5458. CHARLES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 12–5459. DELEON v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 12–5460. CARTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5461. WILLIAMS v. LOCKETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–5462. TURNPAUGH v. MICHIGAN. Ct. App. Mich. Certiorari denied.